March 16, 1993 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 92-1576

 CHARLES M. MOUNT,

 Petitioner, Appellant,

 v.

 UNITED STATES OF AMERICA,

 Respondent, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Rya W. Zobel, U.S. District Judge]
 

 

 Before

 Selya, Cyr and Boudin,
 Circuit Judges.
 

 

 Charles Merrill Mount on brief pro se.
 
 A. John Pappalardo, United States Attorney, and Tobin N.
 
Harvey, Assistant United States Attorney, on brief for appellee.
 

 

 

 Per Curiam. Charles Merrill Mount appeals from a
 

district court order denying his motion for return of

$18,400. Following his arrest for violation of 18 U.S.C. 

2314, those funds were seized from a safety deposit box

maintained by Mount in the District of Columbia. And

following his conviction, those funds were ordered to be paid

in restitution to Goodspeed's, the antiquarian book shop

which had suffered a $20,000 loss as a result of Mount's

crimes. There is ample reason to believe that the $18,400

was the unspent balance of the very funds that had been paid

by Goodspeed's for historical documents that Mount did not

own but had wrongly sold to Goodspeed's.

 Mount now argues that all of the historical documents

which he sold to Goodspeed's were stricken from Count I of

the indictment at trial, with the result that Goodspeed's

suffered no actual loss and thus was not entitled to

restitution. This contention is flatly contradicted by the

record. See United States v. Mount, 896 F.2d 612, 614-20
 

(1st Cir. 1990) (describing the evidence under Count I and

affirming the conviction thereunder). We have examined each

of Mount's remaining allegations in this regard and find them

to be without merit. 

 Affirmed. 
 

 -2-